

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

April 23, 2008

By Hand Delivery
Hon. Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Maccharulo v. Goord, et al., 08-CV-301 (LTS)(THK)

Dear Judge Swain:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for defendants. I am writing respectfully to request an enlargement of time for defendants to answer or otherwise move with respect to the above-captioned complaint, up to and including June 16, 2008. Defendants Fischer, Goord, Hogan, and Sawyer were served with a copy of the complaint on April 8, 2008, making a responsive pleading due by April 28, 2008.

    However, to my knowledge, none of the other twenty-nine defendants named in the complaint have been served with copies of the complaint. Nevertheless, the Office of the Attorney General anticipates that we will be representing defendants that were and are in the employment of New York State departments and agencies as named by plaintiffs in their complaint, if and when they are properly served. In the interest of judicial economy, I respectfully request the enlargement of time in order to afford plaintiffs the opportunity to serve the remaining defendants and for defendants to submit one answer or motion on behalf of the all named defendants. By making this request on behalf of defendants, I am not waiving any rights that the individuals who have not yet been served may have, such as the right to assert the defense of lack of personal jurisdiction. This is the defendants' first request for an enlargement of time. Counsel for plaintiffs has consented to this request.

Copies mailed/faxed to __All parties__
Chambers of Judge Swain
4-30-08

The reason for the enlargement request until June 16, 2008 is to also allow the Office of the Attorney General to make the appropriate representation determinations for all the defendants named under the New York Public Officers' Law §17 and to file an appropriate responsive pleading once all the named defendants have been properly served. I thank the Court for its consideration in this matter.

Respectfully submitted,

Julia H. Lee
Assistant Attorney General
212-416-6234 (telephone)
212-416-6075 (facsimile)

cc: Jennifer Bonjean, Esq.
Attorney for Plaintiffs
Bonjean Law Group, Inc.
11 Broadway, Ste. 600
New York, NY 10004

The request is granted. Because Plaintiffs are now represented by counsel, this case is hereby designated an ECF case and counsel are directed to register immediately.

SO ORDERED.

4/28/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE