UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===========================================X

JOY MACCHARULO & DOLORES KUCHARCZYK,          CASE NO.  08 CV 00301
Co-Administratrix of the Estate of FRANK
KUCHARCZYK, deceased,

                        Plaintiffs,

        -against-

GLENN GOULD, COMMISSIONER OF THE NEW          **NOTICE OF**
YORK STATE DEPARTMENT OF CORRECTIONAL         **APPEARANCE**
SERVICES; MICHAEL F. HOGAN, COMMISSIONER
OF THE NEW YORK STATE OFFICE OF MENTAL
HEALTH, DONALD SAWYER, EXECUTIVE DIRECTOR
OF CENTRAL NEW YORK PSYCHIATRIC CENTER;
SUPERINTENDENT WILLIAM MAZZUCA, FISHKILL
CORECTIONAL FACILITY; SUPERINTENDENT JOHN
BURGE, AUBURN CORRECTIONAL FACILITY;
SUPERINTENDENT WILLIAM E. PHILLIPS,
GREENHAVEN CORRECTIONAL FACILITY; JEFFREY
COLELLA; GARY HERRMAN; JUSTIN THOMAS;
RONALD NELSON; THOMAS MILLER; DR. MITCHELL
LANGBART; JOHN HENDERSON, AUBURN NURSE R.
SMITH (NURSE 264); FISHKILL NURSE HOMELL OR
HOWELL (RN#2); FISHKILL NURSE 407, FISHKILL
NURSE B. FURRORN (EXT. 6111), DR. R. KAMI;
ROBERT RIZZO; DR. O. KLEIN; CORRECTIONAL
OFFICER J. VITO; CORRECTIONAL OFFICER CHURNS
(#0529); CORRECTIONAL OFFICER V. LOPICCOLO;
CORRECTIONAL OFFICER CROCE; CORRECTIONAL
OFFICER ROBERTS; CORRECTIONAL OFFICER T.
MILLER; RN FRED BELANGER, RN SARA MUETZEL;
AS OF YET UNIDENTIFIED CORRECTIONAL
OFFICERS FROM FISHKILL CORRECTIONAL FACILITY;
AS OF YET UNIDENTIFIED MEDICAL PERSONNEL
FROM FISHKILL AND GREEN HAVEN CORRECTIONAL
FACILITIES; NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES; NEW YORK STATE OFFICE
OF MENTAL HEALTH; CENTRAL NEW YORK
PSYCHIATRIC CENTER; THE STATE OF NEW YORK.

                        Defendants.
===========================================X

S I R S :

        To the Clerk of this Court and all parties of record:

Please enter the appearance of Alexander Sikoscow of the law firm Gerspach Sikoscow

LLP as counsel in this case for OSCAR KLEIN, M.D.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
May 2, 2008

Yours, etc.,

GERSPACH SIKOSCOW LLP

By: _____
       ALEXANDER SIKOSCOW
Attorneys for Defendant
OSCAR KLEIN, M.D.
59 Maiden Lane, 39th Floor
New York, New York 10038
(212) 545-4094

TO:    BONJEAN LAW GROUP, PLLC (via E-FILE)
       Attorneys for Plaintiff(s)
       11 Broadway, Suite 600
       New York, New York 10004
       (212) 825-1080