UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOY MACCHARULO & DOLORES          :
KUCHARCZYK, Co-Administratrix of the            08 Civ 301  (LTS) (THK)
Estate of FRANK KYCHARCZYK,       :
deceased,
                                  :
        Plaintiffs,
                                  :    **NOTICE OF APPEARANCE**
    - against -
                                  :
GLENN GOULD, et al.,
                                  :
        Defendants.
--------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as attorney of record for defendants and that from this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address shown below.

Dated:  New York, New York
        May 13, 2008

        ANDREW M. CUOMO
        Attorney General of the State of New York
        Attorney  for Defendants
        By:

        _____
        Julia Lee
        Assistant Attorney General
        120 Broadway
        New York, New York 10270
        (212) 416-6234