UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X    ECF CASE
JOY MACCHARULO et al.,

                                                           08 CV 00301 (LTS)

      -against-                                               NOTICE OF APPEARANCE

GLENN GOORD, et al.,

      Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that **COURTNEY BLACK, BONJEAN LAW GROUP, PLLC** represents **PLAINTIFFS JOY MACCHARULO AND DOLORES KUCHARCZYK** in the above-captioned matter. I am admitted to practice in this court and requests that the clerk add me as a Filing User to whom Notice of Electronic Filing will be transmitted in this case.

Dated:      New York, New York
               May 15, 2008

                                                                      Respectfully Submitted,

                                                                      <u>s/ Courtney Black</u>
                                                                      Courtney Black (CB1917)
                                                                      Bonjean Law Group, PLLC
                                                                      11 Broadway, Ste. 600
                                                                      New York, New York 10004
                                                                      212-825-1080 (phone)
                                                                      212-825-1083 (fax)
                                                                      courtney@bonjeanlaw.com