COUNTY OF

INDEX # :    08CV00301

Date Filed: _____

**UNITED STATES DISTRICT COURT**

**DISTRICT:  SOUTHERN/NY**

*Joy Maccharulo & Dolores Kucharczyk, Co-Administratrix of the Estate of Frank Kucharczyk, deceased*

*Plaintiff(s)/Petitioner(s)*

vs

*GlennGould, Commissioner of the New York State Department of Correctional Services; et al*

*Defendant(s)/Respondent(s)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

_____ Stephen L. Collen _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____ April 8, 2008 _____ at _____ 2:35pm _____,

at _____ NYS Dept of Correctional Services, Bldg. 2, 1220 Washington Ave, Albany, NY _____, deponent served the within

_____ Summons in a Civil Action and Amended Complaint _____

on: _____ **Brian Fisher** _____, _____ **Defendant** _____ therein named.

- [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

- [ ] By delivering thereat a true copy of each to _____ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

- [x] By delivering a true copy of each to _____ Herman Rheinhold, co worker and Sr. Attorney _____ a person of suitable age and discretion. Said premises is defendant's: [ x ] actual place of business    [  ] dwelling house (usual place of abode) within the state.

- [ ] By affixing a true copy of each to the door of said premises, which is defendant's:  [  ] actual place of business    [  ] dwelling house (place of abode)  within the state.

    Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat

    | on the | _____ | day of | _____ | at | _____ |
    | on the | _____ | day of | _____ | at | _____ |
    | on the | _____ | day of | _____ | at | _____ |
    | on the | _____ | day of | _____ | at | _____ |

    Address confirmed by _____

- [ ] On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
    Sex: _Male_    Color of skin: _White_    Color of hair: _Brown_    Age: _40 - 49 Yrs._    Height: _Over 6'_
    Weight: _Over 200 Lbs._    Other Features: _____

- [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

    Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on _____ April 10, 2008 _____

_(signature)_

**MARCY A. O'HARE**
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_(signature)_ Stephen L. Collen

Invoice•Work Order # 0802952

AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | **OUT OF STATE** | |
| TITLE: | **PROCESS SERVER** | DATE: 4/8/2008 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✔] Served personally upon the defendant:    4/8/08 @ 5:08pm

GLENN S GOORD

Place where served: Driveway / Sitting in Car. 10855 SW Candlewood Road Port St Lucie, Fl 34987

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service: sitting in car

SEX: M  AGE: 50's mid  HEIGHT: Unknown  WEIGHT: 175 lbs  SKIN: White  HAIR: Salt & Peper  OTHER: No glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

not in Military

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 8 / 20 08        Thomas A. Mosley  L.S.    PS 04-01
                           SIGNATURE OF OUT OF STATE
                           GUARANTEED SUBPOENA SERVICE, INC.
                           2009 MORRIS AVENUE
                           UNION, NJ 07083

| ATTORNEY: | JENNIFER BONJEAN, ESQ |
|---|---|
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ

**COUNTY OF**

INDEX # :     08CV00301

**UNITED STATES DISTRICT COURT**

Date Filed: _____

**DISTRICT:  SOUTHERN/NY**

---

*Joy Maccharulo & Dolores Kucharczyk, Co-Administratrix of the Estate of Frank Kucharczyk, deceased*

*Plaintiff(s)/Petitioner(s)*

*vs*

*GlennGould, Commissioner of the New York State Department of Correctional Services; et al*

*Defendant(s)/Respondent(s)*

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

_____ Stephen L. Collen _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____ April 8, 2008 _____ at _____ 3:45pm _____,

at _____ NYS Office of Mental Health, 44 Holland Ave, Albany, NY  12229 _____, deponent served the within

_____ Summons in a Civil Action and Amended Complaint _____

on: _____ **Michael F. Hogan, Commissioner** _____, _____ **Defendant** _____ therein named.

□    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

□    By delivering thereat a true copy of each to _____ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

☒    By delivering a true copy of each to _____ Peter Durfee, counsel _____ a person of suitable age and discretion. Said premises is defendant's: [ x ] actual place of business     [ ] dwelling house (usual place of abode) within the state.

□    By affixing a true copy of each to the door of said premises, which is defendant's:   [ ] actual place of business    [ ] dwelling house (place of abode)  within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

□    On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex: Male | Color of skin: White | Color of hair: Brown/Gray | Age:  50 - 59 Yrs. | Height:  5' 0" - 5' 3" |
|---|---|---|---|---|
| Weight:  161 - 200 Lbs. | | Other Features:  Glasses, balding | | |

□    the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on _____ April 10, 2008 _____

*[signature]*

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*

Stephen L. Collen

Invoice•Work Order # 0862949

COUNTY OF

INDEX # :    08CV00301

Date Filed: _____

UNITED STATES DISTRICT COURT

DISTRICT: SOUTHERN/NY

*Joy Maccharulo & Dolores Kucharczyk, Co-Administratrix of the Estate of Frank Kucharczyk, deceased*

vs

Plaintiff(s)/Petitioner(s)

*GlennGould, Commissioner of the New York State Department of Correctional Services; et al*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

_____ Stephen L. Collen _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____ April 8, 2008 _____ at _____ 3:45pm _____, at _____ NYS Office of Mental Health, 44 Holland Ave, Albany, NY 12229 _____, deponent served the within _____ Summons in a Civil Action and Amended Complaint _____

on: _____ **Donald Sawyer** _____, _____ **Defendant** _____ therein named.

- [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

- [ ] By delivering thereat a true copy of each to _____ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

- [x] By delivering a true copy of each to _____ Peter Durfee, counsel _____ a person of suitable age and discretion. Said premises is defendant's: [ x ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

- [ ] By affixing a true copy of each to the door of said premises, which is defendant's:   [ ] actual place of business    [ ] dwelling house (place of abode) within the state.

  Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
  on the _____ day of _____ at _____
  on the _____ day of _____ at _____
  on the _____ day of _____ at _____
  on the _____ day of _____ at _____
  Address confirmed by _____

- [ ] On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
  Sex:   Male    Color of skin:   White    Color of hair: Brown/Gray    Age:   50 - 59 Yrs.    Height:   5' 0" - 5' 3"
  Weight:   161 - 200 Lbs.    Other Features: Glasses, balding

- [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

  Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on _____ April 10, 2008 _____

_signature_

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_signature_

Stephen L. Collen

Invoice•Work Order # 0802951

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | **OUT OF STATE** | |
| TITLE: | **PROCESS SERVER** | **DATE: 04/11/2008 12:00AM** |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant:

WILLIAM MAZZUCA C/O DOTTIE SECRETARY

Place where served:

238 Main Street, Cold Spring, NY -

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 55  HEIGHT: 5'5"  WEIGHT: 140  SKIN: white  HAIR: Blond  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 11 / 20 08          _____ L.S.
                              SIGNATURE OF OUT OF STATE
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

| ATTORNEY: | JENNIFER BONJEAN, ESQ |
|---|---|
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMINSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF:      **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME:   **OUT OF STATE**
TITLE:        **PROCESS SERVER**            DATE: 04/21/2008  12:00AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JOHN BURGE

Place where served:

42   Roricks  Glen  Parkway , Elmira , New York  14905

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Dorothy  Burge

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 50-64 HEIGHT: 5'4"-5'8" WEIGHT: 130-159 lbs   SKIN: white   HAIR: Gray  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___      SERVICES $ _____.___      TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 30 / 2008      *Cheryl A Quast* L.S.
                SIGNATURE OF OUT OF STATE
          GUARANTEED SUBPOENA SERVICE, INC.
                2009 MORRIS AVENUE
                 UNION, NJ 07083

ATTORNEY:   JENNIFER BONJEAN, ESQ
PLAINTIFF:   JOY MACCHARULO, ET AL
DEFENDANT:  GLENN GOULD, COMMISSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS
VENUE:      DISTRICT OF NEW YORK
DOCKET:     08 CV 00301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:            **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME:    **OUT OF STATE**
TITLE:                 **PROCESS SERVER**

DATE: *4-11-08*

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

WILLIAM R PHILLIPS

Place where served: *176 RUSHMORE RD. STORMVILLE N.Y. 12582*
*HIS HOME*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: *M* AGE: *65* HEIGHT: *5'6"* WEIGHT: *160"* SKIN: *W* HAIR: *GRAY* OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: *4* / *11* / 20 *08*          _____ L.S.
                                    SIGNATURE OF OUT OF STATE
                                    GUARANTEED SUBPOENA SERVICE, INC.
                                    2009 MORRIS AVENUE
                                    UNION, NJ 07083

ATTORNEY:    JENNIFER BONJEAN, ESQ
PLAINTIFF:   JOY MACCHARULO, ET AL
DEFENDANT:   GLENN GOULD, COMMINSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS
VENUE:       DISTRICT OF NEW YORK
DOCKET:      08 CV 00301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*TZ*

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:          **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME:   **OUT OF STATE**
TITLE:               **PROCESS SERVER**                    DATE: **04/10/2008  09:05AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

JEFFREY COLELLA

Place where served:

3369  Melrose Road, Auburn, New York  13021

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 35-49  HEIGHT: over 6'  WEIGHT: 200-220 lbs  SKIN: white  HAIR: Black  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 12 / 2008          _Cheryl A. Qualt_ L.S.
                              SIGNATURE OF OUT OF STATE
                      GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

ATTORNEY:    JENNIFER BONJEAN, ESQ
PLAINTIFF:   JOY MACCHARULO, ET AL
DEFENDANT:   GLENN GOULD, COMMISSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS
VENUE:       DISTRICT OF NEW YORK
DOCKET:      08 CV 00301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2 0 0 8 0 4 0 7 1 7 1 0 1 4

AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**        DATE: **04/09/2008  10:23AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

GARY HERMAN C/O SHERI QUINN, IRC II

Place where served:

Auburn Correctional Facility,135 State Street, Auburn, NY 13021

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F AGE: 35-49 HEIGHT: 5'0"-5'3" WEIGHT: 130-159 lbs SKIN: White HAIR: Black OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 12 / 2008        _Cheryl A Quut_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2008040717225

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** | DATE: **04/09/2008  10:23AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

THOMAS MILLER C/O SHERI QUINN, IRC II

Place where served:

Auburn Correctional Facility, 135 State Street, Auburn, NY 13021

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 35-49  HEIGHT: 5'0"-5'3"  WEIGHT: 130-159 lbs  SKIN: white  HAIR: Black  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

| TRAVEL $ _____.___ | SERVICES $ _____.___ | TOTAL $ _____.___ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 30 / 2008

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2008040718 1615

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | **OUT OF STATE** | |
| TITLE: | **PROCESS SERVER** | DATE: 04/10/2008  12:00AM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

MITCHELL LANGBART, MD

Place where served:

146 North Street, Auburn New York 13021

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 40-50  HEIGHT: 5'4"-5'8"  WEIGHT: 160-199 lbs  SKIN: White  HAIR: Black  OTHER: Glasses, Balding

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

| TRAVEL $ _____.___ | SERVICES $ _____.___ | TOTAL $ _____.___ |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 30 / 2008                    *Cheryl A. Ault*  L.S.
                                   SIGNATURE OF OUT OF STATE
                                GUARANTEED SUBPOENA SERVICE, INC.
                                     2009 MORRIS AVENUE
                                       UNION, NJ 07083

| ATTORNEY: | JENNIFER BONJEAN, ESQ |
|---|---|
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMINSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:          **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME:  **OUT OF STATE**
TITLE:               **PROCESS SERVER**                    DATE: 04/09/2008  10:23AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JOHN HENDERSON C/O SHERI QUINN, IRC II

Place where served:

Auburn (Correctional) Facility, 135 State Street, Auburn, NY 13021

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 35-49 HEIGHT: 5'0"-5'3" WEIGHT: 130-159 lbs  SKIN: white  HAIR: Black  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 30 / 2008          *Cheye a Ruff* L.S.
                              SIGNATURE OF OUT OF STATE
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

ATTORNEY:     JENNIFER BONJEAN, ESQ
PLAINTIFF:    JOY MACCHARULO, ET AL
DEFENDANT:    GLENN GOULD, COMMISIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS
VENUE:        DISTRICT OF NEW YORK
DOCKET:       08 CV 00301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** DATE: **04/09/2008 10:38AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DR KAMI OR KARRI C/O STEVE ROBERTS, AUTHORIZED AGENT

Place where served:

Fishkill Correctional Facility, Prospect Street, Beacon, NY 12508

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M AGE: 53 HEIGHT: 5'7" WEIGHT: 180·200 lbs SKIN: White HAIR: Brn OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____ SERVICES $ _____.____ TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5 / 14 / 2008          X _____ L.S.

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMINSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**     DATE: **04/09/2008  10:38AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ROBERT RIZZO C/O STEVE ROBERTS, AUTHORIZED AGENT

Place where served:

Fishkill Correctional Facility, Prospect Street, Beacon, NY  12508

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M AGE: 53 HEIGHT: 5'7" WEIGHT: 180-200Lbs SKIN: White HAIR: Brown OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 9 / 2008          _____ L.S.
                         SIGNATURE OF OUT OF STATE
                    GUARANTEED SUBPOENA SERVICE, INC.
                         2009 MORRIS AVENUE
                         UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2 0 0 8 0 4 0 7 1 8 1 8 4 3

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: **SUMMONS, AMENDED COMPLAINT**
EFFECTED (1) BY ME: Mark McCumber
TITLE: Process Server

DATE: April 14, 2008
(2:49 p.m.)

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant:

OSCAR KLEIN

Place where served:

59 Traver Road, Pleasant Valley, NY 12569

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 70   HEIGHT: 5/4-5/6   WEIGHT: 130-140   SKIN: White   HAIR: Gray   OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 16 / 20 08          X _____ L.S.
SIGNATURE OF MARK McCUMBER
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    JENNIFER BONJEAN, ESQ
PLAINTIFF:    JOY MACCHARULO, ET AL
DEFENDANT:   GLENN GOULD, COMMISIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS
VENUE:       DISTRICT OF NEW YORK
DOCKET:      08 CV 00301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** |

DATE: 04/09/2009  10:38AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

J VITO  C/O STEVE ROBERTS, AUTHORIZED AGENT

Place where served:

Fishkill Correctional Facility, Prospect Street, Beacon, NY 12508

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: M  AGE: 53  HEIGHT: 5'7"  WEIGHT: 180-200 lbs  SKIN: White  HAIR: Brown  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 9 / 2008          X _____ L.S.
                             SIGNATURE OF OUT OF STATE
                             GUARANTEED SUBPOENA SERVICE, INC.
                             2009 MORRIS AVENUE
                             UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISNIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** |

DATE: 04/09/2008 ~~12:00AM~~ 10:38 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

CORRECTIONAL OFFICER CHURNS ( 0529) C/O STEVE ROBERTS, AUTHORIZED AGENT

Place where served:

Fishkill Correctional Facility, Prospect Street, Beacon, NY 12508

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M AGE: 53 HEIGHT: 5'7" WEIGHT: 180-200 lbs SKIN: White HAIR: Brown OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 /03 /20 08        _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMINSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | **OUT OF STATE** | |
| TITLE: | **PROCESS SERVER** | DATE: 04/09/2008 ~~4:25 PM~~ 10:35 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

CORRECTIONAL OFFICER CROCE  C/O STEVE  ROBERTS, AUTHORIZED AGENT

Place where served:

Fishkill Correctional Facility, Prospect Street, Beacon, NY 12508

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 53  HEIGHT: 5'7"  WEIGHT: 180-200 lbs  SKIN: white  HAIR: Brown  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

| TRAVEL $ _____.___ | SERVICES $ _____.___ | TOTAL $ _____.___ |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 23 / 2008          X _____  L.S.
                              SIGNATURE OF OUT OF STATE
                          GUARANTEED SUBPOENA SERVICE, INC.
                                2009 MORRIS AVENUE
                                 UNION, NJ 07083

| ATTORNEY: | JENNIFER BONJEAN, ESQ |
|---|---|
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | GEORGE WALCZAK |
| TITLE: | **PROCESS SERVER**                    DATE: |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

CORRECTIONAL OFFICER ROBERTS · a/k/a DEPUTY SUPERINTENDENT OF ADMINISTRATION STEPHEN ROBERTS

Place where served:

    Fishkill Correctional Facility, Prospect Street, Beacon, NY 12508

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 53  HEIGHT: 5'7"  WEIGHT: 180-200  SKIN: White  HAIR: Brown OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 11 /20 08        _____ L.S.
    SIGNATURE OF GEORGE WALCZAK
    GUARANTEED SUBPOENA SERVICE, INC.
    2009 MORRIS AVENUE
    UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMINSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action      **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**      DATE: 04/09/2008 ~~12:00AM~~ 9:00 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NURSE FRED BELANGER  C/O MARY  SPRINGETT, AUTHORIZED AGENT

Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: ~~M~~ F  AGE: 54  HEIGHT: 5'6"  WEIGHT: ~~160-200 lbs~~ 160-180  SKIN: White  HAIR: Brown  OTHER: w/ highlights

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5 / 14 / 2008      X _____ L.S.
                              SIGNATURE OF OUT OF STATE
                           GUARANTEED SUBPOENA SERVICE, INC.
                                  2009 MORRIS AVENUE
                                    UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISNIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, AMENDED COMPLAINT** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER**          DATE: 04/21/2008 12:00AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

NURSE SARA MUETZEL A/K/A SARA CARLSON _____

Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: F AGE: 40-50 HEIGHT: 5'5" WEIGHT: 140 LBS SKIN: white HAIR: Brown OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 21 / 2008 _____ L.S.
                                        SIGNATURE OF OUT OF STATE
                                    GUARANTEED SUBPOENA SERVICE, INC.
                                          2009 MORRIS AVENUE
                                          UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER BONJEAN, ESQ |
| PLAINTIFF: | JOY MACCHARULO, ET AL |
| DEFENDANT: | GLENN GOULD, COMMISSIONER OF NY STATE DEPT OF CORRECTIONAL SERVICES, ET ALS |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.