

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 8 2008

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

May 27, 2008

*via facsimile*
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Maccharulo v. Goord, et al., 08-CV-301 (LTS)(THK)

Dear Judge Swain:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for defendants. I am writing respectfully to request an adjournment of the initial conference scheduled for June 27, 2008 to July 25, 2008, in order to afford more time for both parties to confer, execute and file a more comprehensive preliminary pre-trial statement as per Your Honor's Order dated April 1, 2008. Counsel for plaintiffs joins in on this request for an adjournment.

    Your Honor granted defendant's request to answer or otherwise move in this matter, up to and including June 16, 2008, in light of the approximately 30 plus defendants named in this matter. Similarly, additional time will be needed to confer with plaintiffs' counsel about the various pre-trial matters including expert services, confer with our clients about possible settlement authority and compile an accurate pre-trial statement on behalf of the numerous parties involved. This is the first request for an adjournment of the initial conference.

    I thank the Court for its consideration in this matter.

Respectfully submitted,

Julia H. Lee
Assistant Attorney General
212-416-6234 (telephone)
212-416-6075 (facsimile)

cc: Courtney Black, Esq.
Attorney for Plaintiffs
Bonjean Law Group, Inc.
11 Broadway, Ste. 600
New York, NY 10004

The request is granted. The conference is adjourned to July 25, 2008, at 11:30 AM.

SO ORDERED.

5/27/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE