UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOY MACCHARULO & DOLORES           :
KUCHARCZYK, Co-Administratrix of the
Estate of FRANK KUCHARCZYK, deceased   :      08 Civ 301 (LTS)(THK)

**NOTICE OF MOTION**

                     Plaintiffs,           :

  v.                                  :

GLENN GOULD, et al.                    :
-------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and upon all pleadings and proceedings heretofore had herein, the undersigned, Defendants will move this Court before the Honorable Laura T. Swain, United States District Judge at the United States Courthouse, located at 500 Pearl Street, New York, New York, 10007, on a date to be set by the court, or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) dismissing the complaint in its entirety, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       June 16, 2008

Respectfully submitted,
ANDREW M. CUOMO
Attorney General of the State of New York
<u>Attorney for Defendant</u>
By:

_____
JULIA H. LEE
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-6234

TO:   Courtney Black, Esq.
      Counsel for Plaintiffs
      Bonjean Law Group, PLLC
      11 Broadway, Ste. 600
      New York, NY 10004

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

JULIA LEE being duly sworn, deposes and says:

That she is an Assistant Attorney General in the office of ANDREW CUOMO, the Attorney General of the State of New York, Attorney for defendants herein. On the 16th of June, 2008 she served the annexed Notice of Motion by first class mail upon the following named person:

> Courtney Black, Esq.
> Counsel for Plaintiffs
> Bonjean Law Group, PLLC
> 11 Broadway, Ste. 600
> New York, NY 10004

PRO SE in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, at a mailbox regularly maintained by the Government of the United States located at 120 Broadway, New York, New York 10271, directed to said counsel for plaintiff at the address within the State designated by her for that purpose.

_____
JULIA LEE